JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY IGOE,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY; and, IGOE & COMPANY INCORPORATED DBA IGOE ADMINISTRATIVE SERVICES EMPLOYEE WELFARE BENEFIT PLAN,<br><br>    Defendants. | Case No.: 5:13-cv-01591-JGB-OP<br><br>Action Filed :   09/05/2013<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>[Lodged Concurrently With:<br> - [Stipulation for Dismissal] |

# ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice. IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear his/its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: April 29, 2014     _____
THE HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Submitted by:

BARGER & WOLEN LLP

/s/ *Jenny H. Wang*
JENNY H. WANG
Attorneys for Defendant
United of Omaha Life Insurance Company

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1